UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TUNC URAZ,

                Plaintiff,                    Case No. 1:20-cv-1219

v.                                        Honorable Paul L. Maloney

MICHIGAN DEPARTMENT OF
TREASURY,

                Defendant.
_____/

**JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**

under 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c), because it is frivolous.

Dated:   March 9, 2021                      /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge